MARIE FRIEDMAN, Respondent, *v.* CHARLES A. GORDON et al., Defendants.

JAY S. JONES et al., Constituting the Firm of JONES & GOGOLICK, Appellants, and MILTON R. GOLDSTEIN, Respondent.

Argued February 25, 1941; decided March 13, 1941.

*Morris Gogolick* for appellant.

*Philip Hoffer* and *James A. Doherty* for plaintiff, respondent.

*Charles Wilson* for Milton R. Goldstein, respondent.

Order affirmed, with costs; no opinion.

· Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and DESMOND, JJ. Dissenting: RIPPEY, LEWIS and CONWAY, JJ.